*In re TLFO, LLC; Case No. 13-20853-PGH*
*TransUnion Risk and Alternative Data Solutions,*
*Inc. v. Interactive Data, LLC, Marlin Capital Partners*
*I, LLC and Michael Brauser*
*Adv. Pro. No. 14-01793-PGH*

## CERTIFICATE OF SERVICE

I, <u>Brian K. Gart</u>, certify that service of the (i) *Complaint for Declaratory Judgment* [ECF# 1]; (ii) *Summons and Notice of Pretrial/Trial in an Adversary Proceeding* [ECF# 2]; and (iii) *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF# 3] was made on <u>October 28, 2014</u> by:

☒ Mail service: Regular, first class United States mail, and Certified Mail, Return Receipt Requested, postage fully pre-paid; postage fully pre-paid, addressed to:

| | |
|---|---|
| Interactive Data, LLC<br>Attn.: John Schaeffer, President and Managing Partner<br>3057 Peachtree Industrial Blvd., Suite 100<br>Duluth, GA 30097-8619 | Marlin Capital Partners I, LLC<br>Attn: Michael H. Brauser, Registered Agent<br>4400 Biscayne Blvd., Suite 850<br>Miami, FL 33137 |
| Michael H. Brauser<br>4400 Biscayne Boulevard<br>Suite 850<br>Miami, FL 33137 | Michael H. Brauser<br>3164 NE 31st Avenue<br>Lighthouse Point, FL 33064-8579 |

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following office of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]
☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing to be true and correct.

| 10/28/2014 | /s/ Brian K. Gart |
|---|---|
| Date | Signature |

| | |
|---|---|
| **Print Name:** | Brian K. Gart, Esq.<br>Berger Singerman LLP |
| **Address:** | 350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301 |

6006773-1