UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC,

    Reorganized Debtor.
_____/

TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,

    Plaintiff,

v.

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

    Defendants.
_____/

Case No. 13-20853-PGH
Chapter 11

Adv. Pro. No. 14-01793-PGH

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Arthur Halsey Rice, Esq. and the law firm of Rice Pugatch Robinson & Schiller, P.A. hereby enter their appearance as counsel for Defendants, Interactive Data, LLC, Marlin Capital Partners I, LLC and Michael Brauser, in the above-styled matter.  All parties are requested to take notice of this appearance and shall serve copies of any and all pleadings, correspondence, reports and/or documents of any kind or nature filed in this matter upon the undersigned.

[SIGNATURE LINE ON FOLLOWING PAGE]

        **RICE PUGATCH ROBINSON & SCHILLER, P.A.**
        *Attorneys for Defendants*
        101 Northeast Third Avenue, Suite 1800
        Fort Lauderdale, Florida 33301
        Telephone (305) 379-3121
        Facsimile (954) 462-4300

        By:  /s/ Arthur Halsey Rice
           ARTHUR HALSEY RICE
           Florida Bar No. 224723
           arice@rprslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CM/ECF and First Class U.S. Mail to all parties listed below this 19th day of November, 2014.

        /s/ Arthur Halsey Rice
        ARTHUR HALSEY RICE

## SERVICE LIST

### VIA CM/ECF

- Brian K Gart   bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

### VIA FIRST CLASS U.S. MAIL

Interactive Data, LLC
Attn: John Schaeffer, Pres/Mgr Partner
3057 Peachtree Industrial Blvd #100
Duluth, GA 30097

Marlin Capital Partners I, LLC
Attn: Michael H. Brauser, Registered Agent
4400 Biscayne Blvd #850
Miami, FL 33137

Philip D. Anker, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007