UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-20853-PGH |
| | Chapter 11 |
| TLFO, LLC, | |
|     Reorganized Debtor. | |
| _____/ | |
| TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., | Adv. Pro. No. 14-01793-PGH |
|     Plaintiff, | |
| v. | |
| INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC and MICHAEL BRAUSER, | |
|     Defendants. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing* [ECF No. 7] was furnished by CM/ECF and First Class U.S. Mail to all parties on the attached list this 11th day of December, 2014.

                                                     **RICE PUGATCH ROBINSON & SCHILLER, P.A.**
                                                   *Attorneys for Defendants*
                                                   101 Northeast Third Avenue, Suite 1800
                                                   Fort Lauderdale, Florida 33301
                                                   Telephone (305) 379-3121
                                                   Facsimile (954) 462-4300

                                                   By: /s/ Arthur Halsey Rice
                                                       ARTHUR HALSEY RICE
                                                       Florida Bar No. 224723
                                                       arice@rprslaw.com

                                                            -and-

By: /s/ Dennis Richard
DENNIS RICHARD
Florida Bar No: 148730
dennis@richardandrichard.com
LAUREL W. MARC-CHARLES
Florida Bar No. 319491
laurel@richardandrichard.com
MICHAEL R.TOLLEY
Florida Bar No. 002715
michael@richardandrichard.com
RICHARD AND RICHARD, P.A.
*Co-Counsel for CL36 Leasing, LLC*
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL  33131
Telephone:  (305) 374-6688
Facsimile:  (305) 374-0384

## SERVICE LIST

### VIA CM/ECF

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

### VIA FIRST CLASS U.S. MAIL

Interactive Data, LLC
Attn: John Schaeffer, Pres/Mgr Partner
3057 Peachtree Industrial Blvd #100
Duluth, GA 30097

Marlin Capital Partners I, LLC
Attn: Michael H. Brauser, Registered Agent
4400 Biscayne Blvd #850
Miami, FL 33137

Philip D. Anker, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

J:\WPDocs\5465 TLO (Michael Brauser-The Best One)\Pleadings\COS re NOH on Motion to Dismiss.docx