UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No. 13-20853-PGH
                                                                                        Chapter 11
TLFO, LLC,

      Reorganized Debtor.
_____/

TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,                                                                                   Adv. Pro. No. 14-01793-PGH

      Plaintiff,

v.

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

      Defendants.
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing* [ECF No. 7] and *Defendants' Motion to Dismiss Complaint for Declaratory Judgment* [ECF No. 6] were furnished by Email to all parties listed below this 12th day of December, 2014.

                                            **RICE PUGATCH ROBINSON & SCHILLER, P.A.**
                                            *Attorneys for Defendants*
                                            101 Northeast Third Avenue, Suite 1800
                                            Fort Lauderdale, Florida 33301
                                            Telephone (305) 379-3121
                                            Facsimile (954) 462-4300

                                            By: /s/ Arthur Halsey Rice
                                                ARTHUR HALSEY RICE
                                                Florida Bar No. 224723
                                                arice@rprslaw.com

                                                        -and-

        By: /s/ Dennis Richard
         DENNIS RICHARD
         Florida Bar No: 148730
         dennis@richardandrichard.com
         LAUREL W. MARC-CHARLES
         Florida Bar No. 319491
         laurel@richardandrichard.com
         MICHAEL R. TOLLEY
         Florida Bar No. 002715
         michael@richardandrichard.com
         RICHARD AND RICHARD, P.A.
         *Co-Counsel for CL36 Leasing, LLC*
         825 Brickell Bay Drive
         Tower III, Suite 1748
         Miami, FL 33131
         Telephone: (305) 374-6688
         Facsimile: (305) 374-0384

## SERVICE LIST

## VIA EMAIL

Philip D. Anker, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Email: philip.anker@wilmerhale.com

J:\WPDocs\5465 TLO (Michael Brauser-The Best One)\Pleadings\Supplemental COS re NOH and Motion to Dismiss.docx