**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:

Case No. 13-20853 (PGH)
Chapter 11

TLFO, LLC,

Reorganized Debtor.
_______________________________________/

TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.,

Plaintiff,

v.

Adversary Pro. No. 14–01793–PGH

INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC and MICHAEL BRAUSER,

Defendants.
_______________________________________/

**JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE, EXTEND RELATED PRETRIAL OBLIGATIONS, CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, AND EXTEND THE BRIEFING DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff TransUnion Risk and Alternative Data Solutions, Inc. ("Plaintiff" or "TRADS"), and defendants Interactive Data, LLC, Marlin Capital Partners I, LLC, and Michael Brauser (collectively, the "Defendants"), by and through undersigned counsel, pursuant to Local Rules 7090-1 and 9013-1(C)(8), file this joint motion to continue the pretrial conference in this matter presently scheduled for January 13, 2015, at 9:30 a.m., to extend related pretrial obligations of the parties, to continue the hearing on the Defendants' motion to dismiss that is presently scheduled for December 23, 2014, at 9:30 a.m., and to extend briefing deadlines related to the Defendants' motion to dismiss. In support of this motion, the parties state:

1. On October 27, 2014, the Plaintiff filed a Complaint for Declaratory Relief (the "Complaint") [ECF No. 1].

2. On October 28, 2014, the Court issued a summons, setting January 13, 2015 as the date for the first pre-trial conference. [ECF No. 2.]

3. On October 28, 2014, the Court issued its *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* ("Scheduling Order"). [ECF No. 3.]

4. On December 10, 2014, Defendants filed a motion to dismiss the Complaint for lack of subject matter of jurisdiction in which they represented that they do not claim to hold any interest in the intellectual property that is the subject of this adversary proceeding and that, instead, an affiliated entity, The Best One, Inc. ("TBO"), claims to hold that interest. [ECF No. 6.] Counsel for TRADS has informed counsel for Defendants that it is evaluating that motion and that it may file a new complaint naming TBO.

5. On December 11, 2014, this Court issued a Notice of Hearing setting a hearing on the Defendants' Motion to Dismiss for December 23, 2014. [ECF No. 7.]

6. By this motion, the parties request a continuance of the pretrial conference for a period of approximately twenty-eight (28) days to February 3, 2015, at 9:30 AM, or the first available date thereafter on the Court's calendar ("February Pretrial Conference Date").

7. Additionally, the parties request that the deadlines as set out in the Scheduling Order be extended in accordance with the February Pretrial Conference Date, and be subject to any possible extensions of such deadlines as the parties may seek and the Court may grant.

8. The parties also request a continuance of the hearing on the Defendant's motion to dismiss until February 3, 2015, at 9:30 AM, or the first available date thereafter on the Court's

calendar; that the deadline for TRADS to serve any memorandum of law in opposition to the Defendants' motion to dismiss be extended until January 20, 2015; and that the deadline for the Defendants to serve any reply memorandum of law in rebuttal to any opposition filed by TRADS be extended until January 27, 2015.

9. The requested continuances are necessary to adequately resolve whether Plaintiff will file a new complaint naming TBO, to afford the existing Defendants with adequate time to respond to any new complaint filed, to otherwise for the parties to provide initial disclosures and prepare for the pretrial conference, and to give the parties adequate time to brief the Defendants' motion to dismiss to the extent that the motion is not mooted by the filing of a new complaint.

10. The parties request that the Court grant relief without prejudice to any party's right to seek further continuances or extensions of time with, or without, the consent of all parties.

11. This is the first motion for a continuation of the pretrial conference in this adversary proceeding, and is made in good faith and not for the purposes of delay.

12. This is the first motion for a continuation of deadlines related to the Defendants' motion to dismiss in this adversary proceeding, and is made in good faith and not for the purposes of delay.

**WHEREFORE,** the parties respectfully request the entry of an Order substantially in the form attached hereto as **"Exhibit A"** (i) continuing the January 13, 2015, pretrial conference to the Court's February 2015 pretrial calendar; (ii) extending the related pretrial obligations of the parties; (iii) continuing the December 23, 2015, hearing to the same date as the rescheduled

pretrial conference; and (iv) extending the deadline for TRADS to file a memorandum of law in opposition to the Defendants' motion to dismiss until January 20, 2015; (v) extending the deadline for the Defendants' to file a reply memorandum of law, if any, to January 27, 2015, and (vi) granting such other and further relief as the Court deems just and proper.

Dated: December 15, 2014                Respectfully submitted,

**RICE PUGATCH ROBINSON & SCHILLER, P.A.**
*Attorneys for Defendants*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone (305) 379-3121
Facsimile (954) 462-4300

By: /s/ Arthur Halsey Rice
ARTHUR HALSEY RICE
Florida Bar No. 224723
arice@rprslaw.com

-and-

By: /s/ Dennis Richard
DENNIS RICHARD
Florida Bar No: 148730
dennis@richardandrichard.com
LAUREL W. MARC-CHARLES
Florida Bar No. 319491
laurel@richardandrichard.com
MICHAEL R.TOLLEY
Florida Bar No. 002715
michael@richardandrichard.com
RICHARD AND RICHARD, P.A.
*Co-Counsel for CL36 Leasing, LLC*
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL 33131
Telephone: (305) 374-6688
Facsimile: (305) 374-0384

*Attorneys for Plaintiff*

/s/ Brian K. Gart
Brian K. Gart
BERGER SINGERMAN, LLP
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Phone: (954) 712-5130
Fax: (954) 523-2872

-and-

Philip D. Anker (admitted *pro hac vice*)
Douglas F. Curtis
Marc M. Allon (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Phone: (212) 230-8800
Fax: (212) 230-8888

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CM/ECF and First Class U.S. Mail to all parties listed below this 15th day of December, 2014.

/s/ Arthur Halsey Rice
ARTHUR HALSEY RICE

**SERVICE LIST**

**VIA CM/ECF**

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

**VIA FIRST CLASS U.S. MAIL**

Interactive Data, LLC
Attn: John Schaeffer, Pres/Mgr Partner
3057 Peachtree Industrial Blvd #100
Duluth, GA 30097

Marlin Capital Partners I, LLC
Attn: Michael H. Brauser, Registered Agent
4400 Biscayne Blvd #850
Miami, FL 33137

Philip D. Anker, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:

TLFO, LLC,

Reorganized Debtor.
_______________________________________/

Case No. 13-20853 (PGH)
Chapter 11

TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.,

Plaintiff,

v.

INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC and MICHAEL BRAUSER,

Defendants.
_______________________________________/

Adversary Pro. No. 14–01793–PGH

**ORDER GRANTING DEFENDANTS' AGREED *EX PARTE* MOTION TO CONTINUE PRETRIAL CONFERENCE AND RELATED PRETRIAL OBLIGATIONS**

**THIS MATTER** came before the Court upon the parties' *Joint Motion to Continue Pretrial Conference, Extend Related Pretrial Obligations, Continue Hearing on Defendants'*

*Motion to Dismiss, and Extend the Briefing Deadlines Related to Defendants' Motion to Dismiss* [ECF No. ] (the "Motion"). The Court, having considered the Motion and being otherwise fully advised in the premises, does thereupon

**ORDER** as follows:

1. The Motion is **GRANTED**.

2. The pre-trial conference presently scheduled for January 13, 2015 at 9:30 a.m., is continued to **February ______, 2015 at 9:30 a.m., United States Bankruptcy Court, Flagler Waterview Building, 1515 N. Flagler Drive, 8th Floor, Courtroom A, West Palm Beach, FL 33401**, and all attendant deadlines set forth in the *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3] shall remain in full force and effect and shall refer to the rescheduled date.

3. The hearing on the Defendants' Motion to Dismiss presently scheduled for December 23, 2014, at 9:30 a.m., is continued to **February ______, 2015 at 9:30 a.m., United States Bankruptcy Court, Flagler Waterview Building, 1515 N. Flagler Drive, 8th Floor, Courtroom A, West Palm Beach, FL 33401**.

4. The Plaintiff is directed to serve any memorandum of law in opposition to the Defendants' motion to dismiss on or before January 20, 2015.

5. The Defendants are directed to serve any reply memorandum of law in support of their motion to dismiss on or before January 27, 2015.

6. This Order is entered without prejudice, and shall not limit any party's right to seek further continuances or extensions of time with, or without, the agreement of all parties.

# # #

Submitted by:

Arthur Halsey Rice
Rice Pugatch Robinson & Schiller, P.A.
Attorneys for the Defendants
101 Northeast Third Avenue
Suite 1800
Fort Lauderdale, Florida 33301
Telephone (305) 379-3121
Facsimile (954) 462-4300

Brian K. Gart
BERGER SINGERMAN, LLP
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Phone: (954) 712-5130
Fax: (954) 523-2872

Philip D. Anker, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

Interactive Data, LLC
Attn: John Schaeffer, Pres/Mgr Partner
3057 Peachtree Industrial Blvd #100
Duluth, GA 30097

Marlin Capital Partners I, LLC
Attn: Michael H. Brauser, Registered Agent
4400 Biscayne Blvd #850
Miami, FL 33137

*(Attorney Rice is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court)*