UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                          Case No.  13-20853 (PGH)
                                                                Chapter 11
TLFO, LLC,

     Reorganized Debtor.
_____/
TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,
        Plaintiff,

     v.                                                       Adversary Pro. No. 14-01793-PGH

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

     Defendants.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

     Berger Singerman LLP, hereby files this *Notice of Appearance and Request for Service of Pleadings and Other Papers* in this adversary proceeding on behalf of the Plaintiff, TransUnion Risk and Alternative Data Solutions, Inc., pursuant to Rules 2002 and 9001(5) of the Federal Rules of Bankruptcy Procedure, and respectfully requests that all notices given or requested to be served in this case be served upon the undersigned attorney at the following address:

          Robbie T. Boone, Esq.
          Berger Singerman LLP
          350 E. Las Olas Boulevard, Suite 1000
          Fort Lauderdale, FL 33301
          Telephone:  (954) 525-9900
          Facsimile:  (954) 523-2872
          E-mail:  rboone@bergersingerman.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the request for service of notices includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any discovery request, application, complaint, demand, hearing, motion, pleading or request, formal or informal, in the captioned adversary case, whether transmitted or conveyed by mail, telephone, telecopy or otherwise.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Court on this 18th day of December, 2014 using CM/ECF, and that a copy of the foregoing will be served on counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

BERGER SINGERMAN LLP

Attorneys for Plaintiff
350 E. Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone:  (954) 525-9900
Facsimile:  (954) 523-2872

By:   /s/  Robbie T. Boone, Jr.
        Robbie T. Boone, Jr.
        Florida Bar No.  105752
        rboone@bergersingerman.com

## SERVICE LIST

**14-01793-PGH Notice will be electronically mailed to:**

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

6088775-1