

## ORDERED in the Southern District of Florida on December 18, 2014.

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:

TLFO, LLC,
        Debtor(s).                        /

Transunion Risk and Alternative
Data Solutions, Inc.,

        Plaintiff,

v.

Interactive Data, LLC, Marlin
Capital Partners I, LLC and Michael
Brauser,

        Defendant.                        /

CASE NO.: 13-20853-BKC-PGH

CHAPTER 11

ADV. NO.: 14-1793-BKC-PGH-A

### ORDER (1) CONTINUING PRETRIAL CONFERENCE; (2) SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; (3) CANCELLING HEARING; AND (4) DENYING MOTION TO CONTINUE AS MOOT

THIS MATTER came before the Court on December 10, 2014, upon Interactive

1

Data, LLC, Marlin Capital Partners I, LLC, and Michael Brauser's (the "Defendants") *Motion to Dismiss Complaint for Declaratory Judgment* (the "Defendants' Motion") (ECF No. 6) against Transunion Risk and Alternative Data Solutions, Inc. (the "Plaintiff"). The Defendants' Motion seeks to dismiss the Plaintiff's *Complaint for Declaratory Judgment* (ECF No. 1). The Court, being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1.   The Pretrial Conference in the above-captioned adversary proceeding is continued to **March 4, 2015, at 9:30 a.m.**, at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, Courtroom A, 8th Floor, West Palm Beach, Florida, 33401. The Court's *Order Setting the Filing and Disclosure Requirements for Pretrial and Trial* shall remain in full force and effect, except that all the deadlines for filing and disclosure requirements for pretrial and trial will be based off of the new Pretrial Conference date.

2.   The Plaintiff has until **January 20, 2015**, to respond to the Defendants' Motion. Within such time, the Plaintiff may file a responsive pleading(s), along with a memorandum and/or affidavits if appropriate. The title of the responsive pleading(s) shall reference the title of the original Motion. Failure to file a timely Response may result in the Court granting the Motion.

3.   The Defendants will then have until **January 27, 2015**, to file a Reply to

2

the Plaintiff's Response(s). The Reply's title shall reference the title of the original Motion.

4.    The hearing scheduled for December 23, 2014, is **CANCELLED**.

5.    The *Joint Motion to Continue Pretrial Conference, Extend Related Pretrial Obligations, Continue Hearing on Defendants' Motion to Dismiss and Extend the Briefing Deadlines Related to Defendants' Motion to Dismiss* (ECF No. 10) is **DENIED AS MOOT**.

###

Copies Furnished To:

Brian Gart, Esq.

Phillip Anker, Esq.

Arthur Rice, Esq.

Dennis Richard, Esq.

Laurel M. Marc-Charles, Esq.

Michael R. Tolley, Esq.