United States Bankruptcy Court
Southern District of Florida

TransUnion Risk and Alternative Data Sol,
     Plaintiff

                      Adv. Proc. No. 14-01793-PGH

Interactive Data, LLC,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-9      User: adaml      Page 1 of 1      Date Rcvd: Dec 18, 2014
                        Form ID: pdf004      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2014.
```
dft          +Interactive Data, LLC,   Attn: John Schaeffer, Pres/Mgr Partner,
              3057 Peachtree Industrial Blvd #100,   Duluth, GA 30097-8619
dft          +Marlin Capital Partners I, LLC,   Attn: Michael H Brauser, Reg Agent,   4400 Biscayne Blvd #850,
              Miami, FL 33137-3212
dft          +Michael Brauser,   c/o Arthur Halsey Rice Esq,   101 NE 3 Ave #1800,
              Ft Lauderdale, FL 33301-1252
pla          +TransUnion Risk and Alternative Data Solutions, In,   c/o Brian K. Gart, Esq.,
              Berger Singerman LLP,   350 E. Las Olas Boulevard,   Suite 1000,
              Fort Lauderdale, FL 33301-4215
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 19 2014 00:11:21    Office of the US Trustee,
              51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
```
                                                TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2014                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2014 at the address(es) listed below:
```
          Arthur H Rice, Esq   on behalf of Defendant   Interactive Data, LLC arice.ecf@rprslaw.com
          Arthur H Rice, Esq   on behalf of Defendant   Marlin Capital Partners I, LLC arice.ecf@rprslaw.com
          Arthur H Rice, Esq   on behalf of Defendant Michael  Brauser arice.ecf@rprslaw.com
          Brian K Gart, Esq.   on behalf of Plaintiff   TransUnion Risk and Alternative Data Solutions,
           Inc. bgart@bergersingerman.com,
           clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Robbie T Boone   on behalf of Plaintiff   TransUnion Risk and Alternative Data Solutions, Inc.
           rboone@bergersingerman.com
```
                                              TOTAL: 5



**ORDERED in the Southern District of Florida on December 18, 2014.**

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                          CASE NO.: 13-20853-BKC-PGH

TLFO, LLC,                                       CHAPTER 11
_____Debtor(s)._____/

Transunion Risk and Alternative                  ADV. NO.: 14-1793-BKC-PGH-A
Data Solutions, Inc.,

        Plaintiff,

v.

Interactive Data, LLC, Marlin
Capital Partners I, LLC and Michael
Brauser,

_____Defendant._____/

### ORDER (1) CONTINUING PRETRIAL CONFERENCE; (2) SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; (3) CANCELLING HEARING; AND (4) DENYING MOTION TO CONTINUE AS MOOT

**THIS MATTER** came before the Court on December 10, 2014, upon Interactive

1

Data, LLC, Marlin Capital Partners I, LLC, and Michael Brauser's (the "Defendants")
*Motion to Dismiss Complaint for Declaratory Judgment* (the "Defendants' Motion")
(ECF No. 6) against Transunion Risk and Alternative Data Solutions, Inc. (the
"Plaintiff"). The Defendants' Motion seeks to dismiss the Plaintiff's *Complaint for
Declaratory Judgment* (ECF No. 1). The Court, being fully advised in the premises,
hereby **ORDERS AND ADJUDGES** that:

1. The Pretrial Conference in the above-captioned adversary proceeding is
   continued to **March ●, 2015, at 9:30 a.m.**, at the United States
   Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler
   Drive, Courtroom A, 8th Floor, West Palm Beach, Florida, 33401. The
   Court's *Order Setting the Filing and Disclosure Requirements for Pretrial
   and Trial* shall remain in full force and effect, except that all the
   deadlines for filing and disclosure requirements for pretrial and trial will
   be based off of the new Pretrial Conference date.

2. The Plaintiff has until **January 20, 2015**, to respond to the Defendants'
   Motion. Within such time, the Plaintiff may file a responsive pleading(s),
   along with a memorandum and/or affidavits if appropriate. The title of
   the responsive pleading(s) shall reference the title of the original Motion.
   Failure to file a timely Response may result in the Court granting the
   Motion.

3. The Defendants will then have until **January 27, 2015**, to file a Reply to

2

the Plaintiff's Response(s). The Reply's title shall reference the title of the original Motion.

4.      The hearing scheduled for December 23, 2014, is **CANCELLED**.

5.      The *Joint Motion to Continue Pretrial Conference, Extend Related Pretrial Obligations, Continue Hearing on Defendants' Motion to Dismiss and Extend the Briefing Deadlines Related to Defendants' Motion to Dismiss* (ECF No. 10) is **DENIED AS MOOT**.

###

Copies Furnished To:

Brian Gart, Esq.

Phillip Anker, Esq.

Arthur Rice, Esq.

Dennis Richard, Esq.

Laurel M. Marc-Charles, Esq.

Michael R. Tolley, Esq.