UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC

    Reorganized Debtor.
_____/

TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,

    Plaintiff,

v.

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

    Defendants.
_____/

Case No. 13-20853-PGH
Chapter 11

Adversary Pro. No. 14-01793-PGH

## MOTION TO APPEAR PRO HAC VICE

Marc M. Allon of the law firm of Wilmer Cutler Pickering Hale and Dorr, LLP, pursuant to Rules 2090-1(B)(2) and 9013-1(C)(9) of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules"), moves for special admission to appear in these cases as counsel for TransUnion Risk and Alternative Data Solutions, Inc. ("TRADS"). In support of this motion, Movant respectfully states as follows:

    1.    Movant is an attorney licensed to practice law in the State of New York and has been a member in good standing of the New York Bar since 2008.

    2.    Movant is also admitted to practice before the United States District Court for the Southern District of New York and the Eastern District of New York.

    3.    Movant designates Brian K. Gart of the law firm of Berger Singerman LLP, as

Florida counsel. Mr. Gart is qualified to practice in this court and, pursuant to the declaration below, consents to the designation of local counsel.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Florida or in any other state nor from any United States Bankruptcy Court, District Court or Court of Appeals.

5. Movant certifies further that he is familiar with and shall be governed by the Local Rules, as promulgated by this Court, as well as the rules of professional conduct and all other requirements governing the professional behavior of members of The Florida Bar.

6. Movant has been previously admitted to appear *pro hac vice* in the main bankruptcy case (Case No. 13-20853-PGH) on behalf of TransUnion Holding Company, Inc., pursuant to the *Order Granting Motion to Appear Pro Hac Vice* entered on October 25, 2013 [ECF No. 360].

**WHEREFORE**, Movant respectfully requests entry of an order, substantially in the form attached hereto as Exhibit A, authorizing his special admission to represent TransUnion Risk and Alternative Data Solutions, Inc. in this adversary case.

Dated: December 22, 2014

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8890
Facsimile: (212) 230-8888

By: _____
Marc M. Allon
New York Bar No. 4631917
marc.allon@wilmerhale.com

2

6089606-1

## CONSENT TO ACT AS LOCAL COUNSEL

I, Brian K. Gart, an attorney qualified to practice in this court, consent to designation as local attorney for Marc M. Allon and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2090-1(B)(2).

> BERGER SINGERMAN LLP
> 350 East Las Olas Blvd.
> Suite 1000
> Fort Lauderdale, FL 33301
> Telephone: (954) 525-9900
> Facsimile: (954) 523-2872
>
> By: /s/ Brian K. Gart
>     Brian K. Gart
>     Florida Bar No. 381152
>     bgart@bergersingerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on this 29th day of December, 2014, through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

> /s/ Brian K. Gart
> Brian K. Gart

3

6089606-1

## CM/ECF SERVICE LIST

**14-01793-PGH Notice will be electronically mailed to:**

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

<u>**Exhibit "A"**</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC

    Reorganized Debtor.
_____/

TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,

    Plaintiff,
v.
INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

    Defendants.
_____/

Case No. 13-20853-PGH
Chapter 11

Adversary Pro. No. 14-01793-PGH

**<u>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE</u>**

**THIS MATTER** came before the Court without hearing on Marc M. Allon's *Motion to Appear Pro Hac Vice* [ECF No. ____] in this case pursuant to Local Rules 2090-1(B)(2) and 9013-1(C)(9). The Court having reviewed the motion and good cause appearing, it is

2

6089606-1

**ORDERED** that Marc M. Allon (the "Movant") may appear before the court *pro hac vice* as counsel for TransUnion Risk and Alternative Data Solutions, Inc. ("TRADS") in this case subject to the Local Rules of this Court. The certification required by Local Rule 9011-4(B)(2) shall be included on all papers filed by the movant. The Movant may apply to become a registered user of CM/ECF in this district with full filing privileges in this case or any other cases in which this Court has entered an order admitting the Movant *pro hac vice*. The following attorney is designated as the attorney qualified to practice in this Court with whom the court and opposing counsel may readily communicate and upon whom papers may be served:

Brian K. Gart<br>
Florida Bar No. 381152<br>
BERGER SINGERMAN LLP<br>
350 East Las Olas Blvd., Suite 1000<br>
Fort Lauderdale, FL  33301<br>
Telephone: (954) 525-9900<br>
Facsimile: (954) 523-2872<br>
E-mail: bgart@bergersingerman.com

# # #

Submitted by:
Brian K. Gart, Esq.
Berger Singerman LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Tel: (954) 525-9900
Fax: (954) 523-2872
E-mail: bgart@bergersingerman.com

Copy furnished to:
Brian K. Gart, Esq.
*(Attorney Gart is directed to serve a conformed copy of this Order upon all interested parties and to file a Certificate of Service with the Court).*