

**ORDERED in the Southern District of Florida on December 29, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC

    Reorganized Debtor.
_____/

TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,

    Plaintiff,
v.
INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

    Defendants.
_____/

Case No. 13-20853-PGH
Chapter 11

Adversary Pro. No. 14-01793-PGH

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

**THIS MATTER** came before the Court without hearing on Philip D. Anker's *Motion to Appear Pro Hac Vice* [ECF No. 14] in this case pursuant to Local

6089668-1

Rules 2090-1(B)(2) and 9013-1(C)(9).  The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Philip D. Anker (the "Movant") may appear before the court *pro hac vice* as counsel for TransUnion Risk and Alternative Data Solutions, Inc. ("TRADS") in this case subject to the Local Rules of this Court.  The certification required by Local Rule 9011-4(B)(2) shall be included on all papers filed by the movant.  The Movant may apply to become a registered user of CM/ECF in this district with full filing privileges in this case or any other cases in which this Court has entered an order admitting the Movant *pro hac vice*.  The following attorney is designated as the attorney qualified to practice in this Court with whom the court and opposing counsel may readily communicate and upon whom papers may be served:

Brian K. Gart
Florida Bar No. 381152
BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Facsimile:  (954) 523-2872
E-mail:  bgart@bergersingerman.com

# # #

Submitted by:
Brian K. Gart, Esq.
Berger Singerman LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Tel: (954) 525-9900
Fax: (954) 523-2872
E-mail:  bgart@bergersingerman.com

Copy furnished to:
Brian K. Gart, Esq.
*(Attorney Gart is directed to serve a conformed copy of this Order upon all interested parties and to file a Certificate of Service with the Court)*