UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:  Case No.  13-20853 (PGH)
 Chapter 11
TLFO, LLC,

    Reorganized Debtor.
_____/
TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,
    Plaintiff,

    v.  Adversary Pro. No. 14-01793-PGH

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Motion to Appear Pro Hac Vice* (Philip D. Anker) [ECF No. 16] and *Order Granting Motion to Appear Pro Hac Vice* (Marc M. Allon) [ECF No. 17] was served on counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF on the 30th day of December, 2014.

        BERGER SINGERMAN LLP

        Attorneys for Plaintiff
        350 E. Las Olas Boulevard, Suite 1000
        Fort Lauderdale, FL 33301
        Telephone:  (954) 525-9900
        Facsimile:  (954) 523-2872

    By:   */s/  Brian K. Gart*
           Brian K. Gart, Esq.
           Florida Bar No. 381152
           bgart@bergersingerman.com

2

## **SERVICE LIST**

**14-01793-PGH Notice will be electronically mailed to:**

Philip D. Anker on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Robbie T Boone on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
rboone@bergersingerman.com

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

6114647-1