UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                              Case No.  13-20853 (PGH)
                                                    Chapter 11
TLFO, LLC,

    Reorganized Debtor.
_____/

TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,
    Plaintiff,

    v.                                           Adversary Pro. No. 14−01793−PGH

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

    Defendants.
_____/

## CORPORATE OWNERSHIP STATEMENT

    Plaintiff TransUnion Risk and Alternative Data Solutions, Inc. ("TRADS") hereby files this corporate ownership statement pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure.

    TRADS is a wholly owned subsidiary of TransUnion Corp., which is a wholly owned subsidiary of TransUnion Holding Company, Inc.  Goldman Sachs & Co. and Advent International Corp. each, directly or indirectly, own more than 10% of the equity of TransUnion

Holding Company, Inc.

Dated: January 13, 2015 Respectfully submitted,

/s/ Brian K. Gart
Brian K. Gart
BERGER SINGERMAN, LLP
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Phone: (954) 712-5130
Fax: (954) 523-2872
Florida Bar No. 381152
bgart@bergersingerman.com

-and-

Philip D. Anker (admitted *pro hac vice*)
Douglas F. Curtis
Marc M. Allon (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Phone: (212) 230-8800
Fax: (212) 230-8888