UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 13-20853 (PGH) |
| | Chapter 11 |
| TLFO, LLC, | |
|     Reorganized Debtor. | |
| _____/ | |
| TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., | |
|     Plaintiff, | |
| v. | Adversary Pro. No. 14-01793 (PGH) |
| INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC, and MICHAEL BRAUSER, | |
|     Defendants. | |
| _____/ | |

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT
FOR DECLARATORY JUDGMENT**

1.  On January 13, 2015, Plaintiff TransUnion Risk and Alternative Data Solutions, Inc., ("TRADS") filed a First Amended Complaint for Declaratory Judgment, as was its right. *See* Fed. R. Bankr. P. 7015, incorporating Fed. R. Civ. P. 15(a)(1).[1]

2.  Accordingly, the December 10, 2014, Motion to Dismiss Adversary Proceeding filed by then-defendants Interactive Data, LLC, Marlin Capital Partners I, LLC, and Michael Brauser, should be denied as moot. *See, e.g., Campbell v. Enter. Holdings, Inc.*, 2011 WL 6780791, *1 n. 1 (E.D.N.C. Dec. 27, 2011) ("Where it appears that defendant's first motion is mooted based on the filing of the amended complaint, the first motion to dismiss is denied as moot."); *Turner v. Kight*, 192 F. Supp. 2d 391, 397 (D. Md. 2002) *aff'd on other grounds*, 121 F.

---

[1] Indeed, counsel for The Best One, Inc., has agreed that the First Amended Complaint that is now pending will not count as the only amendment as of right permitted by the Federal Rules.

App'x 9 (4th Cir. 2005) ("Plaintiff's first complaint is superseded by the amended complaint . . . . The Court will thus deny as moot the State and County Defendants' respective first motions to dismiss, or in the alternative, for summary judgment."). *See also In re 8699 Biscayne, LLC*, No. 08-22814-AJC, 2009 WL 3617456, at *3 (Bankr. S.D. Fla. Oct. 26, 2009) ("While the motion to dismiss was pending under advisement the Debtor moved to again amend the Complaint. After notice and hearing, the Court granted the motion to amend and denied the motions to dismiss as moot.").

3. This rule of law is particularly apt here where the amended complaint addresses the crux of the motion to dismiss the original complaint. That motion to dismiss asserted that the entity that claimed an interest in the intellectual property sold by the Debtor to TRADS was The Best One, Inc. ("TBO"), not its affiliates Interactive Data, LLC, and Marlin Capital Partners I, LLC, and their principal Michael Brauser. Based on that representation, the amended complaint drops those original defendants and names, in their place, TBO.

**WHEREFORE**, the motion to dismiss should be denied as moot.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 20th day of January 2015 by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and via first class, U.S. Mail upon Dennis A. Richard, Esq., Richard and Richard, P.A., 825 Brickell Bay Drive, Suite 1748, Miami, FL 33131-2920.

Dated: January 20, 2015

/s/ *Brian K. Gart*
Brian K. Gart
BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33301
Phone (954) 712-5130
Fax: (954) 523-2872
Florida Bar No. 381152
E-mail: bgart@bergersingerman.com

- 3 -

        -and-

        Philip D. Anker (admitted *pro hac vice*)
        Douglas F. Curtis
        Marc M. Allon (admitted *pro hac vice*)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, New York 10007
        Phone: (212) 230-8800
        Fax: (212) 230-8888

        *Attorneys for the Plaintiff*

- 4 -

## CM/ECF SERVICE LIST

- Philip D. Anker     philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Robbie T Boone     rboone@bergersingerman.com
- Brian K Gart     bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Arthur H Rice     arice.ecf@rprslaw.com