UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC,

    Reorganized Debtor.
_____/

TRANSUNION RISK AND ALTERNATIVE
DATA SOLUTIONS, INC.,

    Plaintiff,

v.

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC, and MICHAEL BRAUSER and
THE BEST ONE, INC.,

    Defendants.
_____/

Case No. 13-20853 (PGH)
Chapter 11

Adversary Pro. No. 14-01793 (PGH)

## ACCEPTANCE AND WAIVER OF SERVICE OF PROCESS

Plaintiff, TransUnion Risk and Alternative Data Solutions, Inc. ("Plaintiff"), by and through undersigned counsel, and Defendant, The Best One, Inc. (the "Defendant"), by and through undersigned counsel, stipulate to waive the requirements of formal service of process, and Defendant acknowledges receipt of a copy of the (i) *First Amended Complaint for Declaratory Judgment* [ECF No. 21] (the "Amended Complaint"); (ii) *Alias Summons and Notice of Pretrial/Trial in an Adversary Proceeding* [ECF No. 23]; and (iii) *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 24] in this action, and, in doing so, specifically waives formal service of process pursuant to Fed. R. Bankr. P. 7004, and agrees that service is effective as of January 15, 2015, and that February 13, 2015 is the deadline for filing a

response to the Amended Complaint.

Dated: January 20, 2015

/s/ *Brian K. Gart*
Brian K. Gart
BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33301
Phone (954) 712-5130
Fax: (954) 523-2872
Florida Bar No. 381152
E-mail: bgart@bergersingerman.com


Philip D. Anker (admitted *pro hac vice*)
Douglas F. Curtis
Marc M. Allon (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Phone: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for the Plaintiff*

-and –

Dennis A. Richard
RICHARD AND RICHARD, P.A.
825 Brickell Bay Drive, Suite 1748
Miami, FL 33131-2920
Phone: (305) 374-6688
Fax: (305) 374-0384
Florida Bar No. 148730
E-mail: dennis@richardandrichard.com


Arthur Halsey Rice
RICE PUGATCH ROBINSON &
SCHILLER, P.A.
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Phone: (305) 379-3121
Fax: (954) 462-4300
arice@rprslaw.com

*Attorneys for Defendant, The Best One, Inc.*

6137760-2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day via electronic mail to Dennis A. Richard, Esq., Richard and Richard, P.A., 825 Brickell Bay Drive, Suite 1748, Miami, FL 33131-2920, on the 22nd day of January 2015.

By:  /s/ *Brian K. Gart*
        Brian K. Gart