UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-20853-PGH |
| | Chapter 11 |
| TLFO, LLC, | |
|     Reorganized Debtor. | |
| _____/ | |
| TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., | Adv. Pro. No. 14-01793-PGH |
|     Plaintiff, | |
| v. | |
| INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC, MICHAEL BRAUSER AND THE BEST ONE, INC. | |
|     Defendants. | |
| _____/ | |

**DEFENDANT, THE BEST ONE, INC.'S EX-PARTE MOTION TO SHORTEN TIME FOR PLAINTIFF TO RESPOND TO FIRST REQUESTS FOR PRODUCTION**

Defendant, The Best One, Inc. ("TBO" or the "Defendant") by and through its undersigned counsel, respectfully requests this Court enter the accompanying Order shortening the time, to and including February 12, 2015, within which Plaintiffs, Transunion Risk and Alternative Data Solutions, Inc. shall respond to Defendant's First Requests for Production, served on January 30, 2015. In support of the requested relief, Defendant would show the Court as follows:

1.    Plaintiffs initiated the adversary proceeding on or about October 27, 2014 by filing a one count Complaint for Declaratory Judgment. On January 13, 2015, the Plaintiffs filed the First Amended Complaint adding TBO as a defendant and dropping the then existing

1

defendants.

2. The pre-trial conference is scheduled for March 11, 2015. The discovery cut off is February 27, 2015.

3. On January 30, 2015, Defendant served its First Requests for Production on Plaintiffs (the "RFP"). In order to properly prepare for trial and to obtain responses to this discovery prior to the discovery cut off of February 27, 2015, Defendant respectfully requests that this Court enter an order shortening the time for Plaintiffs to respond to the RFP to approximately 10 days, making the requested responses due on or before February 12, 2015.

4. The requested shortening of time is not onerous and should provide Plaintiffs with sufficient time to respond to the RFP.

**WHEREFORE**, Defendant, The Best One, Inc. respectfully requests this Court enter the accompanying Order shortening the time within which Plaintiffs shall be required to respond to Defendant's First Requests for Production, to and including February 12, 2015, and for such other and further relief as this Court deems just and proper.

Dated this 30th day of January, 2015.

Respectfully submitted,

**RICE PUGATCH ROBINSON & SCHILLER, P.A.**
*Attorneys for Defendant, The Best One, Inc.*
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone (305) 379-3121
Facsimile (954) 462-4300

By: /s/ Lisa M. Schiller
    ARTHUR HALSEY RICE
    Florida Bar No. 224723
    arice@rprslaw.com
    LISA M. SCHILLER
    Florida Bar No. 984426
    lschiller@rprslaw.com

-and-

By: /s/ Dennis Richard
    DENNIS RICHARD
    Florida Bar No: 148730
    dennis@richardandrichard.com
    LAUREL W. MARC-CHARLES
    Florida Bar No. 319491
    laurel@richardandrichard.com
    MICHAEL R.TOLLEY
    Florida Bar No. 002715
    michael@richardandrichard.com
    RICHARD AND RICHARD, P.A.
    *Co-Counsel for CL36 Leasing, LLC*
    825 Brickell Bay Drive
    Tower III, Suite 1748
    Miami, FL 33131
    Telephone: (305) 374-6688
    Facsimile: (305) 374-0384

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CM/ECF and First Class U.S. Mail to all parties listed below this 30th day of January, 2015.

/s/ Lisa M. Schiller
LISA M. SCHILLER

## SERVICE LIST

**VIA CM/ECF**

Philip D. Anker on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Robbie T Boone on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
rboone@bergersingerman.com

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

J:\WPDocs\5465 TLO (Michael Brauser-The Best One)\Pleadings\Motion to Shorten Time.docx