UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                              Case No.  13-20853 (PGH)
                                                    Chapter 11
TLFO, LLC,

    Reorganized Debtor.
_____/

TRANSUNION RISK AND ALTERNATIVE
DATA SOLUTIONS, INC.,

    Plaintiff,
v.                                                  Adv. No. 14-1793 (PGH)

INTERACTIVE DATA, LLC, MARLIN
CAPITAL PARTNERS I, LLC, and
MICHAEL BRAUSER,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Plaintiff's (1) Objection to Defendant's Ex-Parte Motion to Shorten Time for Plaintiff to Respond to First Requests for Production, and (2) Motion for Protective Order* [ECF No. 28 and 29] was served on the 2nd day of February 2015, by electronic transmission upon all parties on the attached CM/ECF Service List, and via first class, U.S. Mail on all parties on the attached service list.

                                             BERGER SINGERMAN LLP
                                             Attorneys for *TransUnion Risk and*
                                             *Alternative Data Solutions, Inc.*
                                             350 E. Las Olas Boulevard
                                             Suite 1000
                                             Fort Lauderdale, FL 33301
                                             Telephone:  (954) 525-9900
                                             Facsimile:  (954) 523-2872

                            By:   */s/  Brian K. Gart*
                                             Brian K. Gart, Esq.
                                             Florida Bar No. 381152
                                             bgart@bergersingerman.com

## CM/ECF SERVICE LIST

- Philip D. Anker on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc. philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Robbie T Boone on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc. rboone@bergersingerman.com
- Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc. bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC arice.ecf@rprslaw.c
- Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC arice.ecf@rprslaw.com
- Arthur H Rice, Esq on behalf of Defendant Michael Brauser arice.ecf@rprslaw.com

6191075-1

2

## SERVICE LIST

Dennis Richard, Esq.
Richard and Richard, P.A.
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL 33131

Lisa M. Schiller, Esq.
Arthur Halsey Rice, Esq.
Rice Pugatch Robinson & Schiller, P.A.
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301