UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-20853-PGH |
| | Chapter 11 |
| TLFO, LLC, | |
|     Reorganized Debtor. | |
| _____/ | |
| TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., | Adv. Pro. No. 14-01793-PGH |
|     Plaintiff, | |
| v. | |
| INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC, MICHAEL BRAUSER AND THE BEST ONE, INC. | |
|     Defendants. | |
| _____/ | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing re Motion to Shorten Time to Respond to Request for Production* [ECF No. 31] was furnished via the Court's CM/ECF system to all parties listed on the attached Service List on February 3, 2015.

Dated this 4th day of February, 2015.

                                                                  **RICE PUGATCH ROBINSON & SCHILLER, P.A.**
                                                                  *Attorneys for Defendant, The Best One, Inc.*
                                                                   101 Northeast Third Avenue, Suite 1800
                                                                   Fort Lauderdale, Florida 33301
                                                                   Telephone (954) 462-8000
                                                                   Facsimile (954) 462-4300

                                                                   By: /s/ Lisa M. Schiller
                                                                          ARTHUR HALSEY RICE
                                                                          Florida Bar No. 224723
                                                                          arice@rprslaw.com
                                                                          LISA M. SCHILLER
                                                                          Florida Bar No. 984426
                                                                          lschiller@rprslaw.com

          -and-

By: /s/ Dennis Richard
DENNIS RICHARD
Florida Bar No: 148730
dennis@richardandrichard.com
LAUREL W. MARC-CHARLES
Florida Bar No. 319491
laurel@richardandrichard.com
MICHAEL R.TOLLEY
Florida Bar No. 002715
michael@richardandrichard.com
RICHARD AND RICHARD, P.A.
*Co-Counsel for The Best One, Inc.*
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL  33131
Telephone:  (305) 374-6688
Facsimile:  (305) 374-0384

## SERVICE LIST

**VIA CM/ECF**

Philip D. Anker on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Robbie T Boone on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
rboone@bergersingerman.com

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

J:\WPDocs\5465 TLO (Michael Brauser-The Best One)\Pleadings\COS re NOH on Motion to Shorten Time to Respond to Production.docx

2