**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No.  13-20853 (PGH) |
| | Chapter 11 |
| TLFO, LLC, | |
|       Reorganized Debtor. | |
| _____/ | |
| | |
| TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., | |
|       Plaintiff, | |
| v. | Adv. No. 14-1793 (PGH) |
| INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC, and MICHAEL BRAUSER, | |
|       Defendants. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Hearing* [ECF No. 32] was served on the 3rd day of February 2015, by electronic transmission upon all parties on the attached CM/ECF Service List, and via first class, U.S. Mail on all parties on the attached service list.

                                              BERGER SINGERMAN LLP
                                              Attorneys for *TransUnion Risk and Alternative Data Solutions, Inc.*
                                              350 E. Las Olas Boulevard
                                              Suite 1000
                                              Fort Lauderdale, FL 33301
                                              Telephone:  (954) 525-9900
                                              Facsimile:  (954) 523-2872

                                              By:   /s/  Brian K. Gart
                                                   Brian K. Gart, Esq.
                                                   Florida Bar No. 381152
                                                   bgart@bergersingerman.com

6196194-1

## CM/ECF SERVICE LIST

- Philip D. Anker on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc. philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Robbie T Boone on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc. rboone@bergersingerman.com
- Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc. bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC arice.ecf@rprslaw.c
- Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC arice.ecf@rprslaw.com
- Arthur H Rice, Esq on behalf of Defendant Michael Brauser arice.ecf@rprslaw.com

6196194-1

2

## SERVICE LIST

Dennis Richard, Esq.
Richard and Richard, P.A.
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL 33131

Lisa M. Schiller, Esq.
Arthur Halsey Rice, Esq.
Rice Pugatch Robinson & Schiller, P.A.
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301

6196194-1                                3