UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

IN RE:

TLFO, LLC,                                                                          Case No.: 13-20853-PGH

    Debtor.
_____/
TRANSUNION RISK AND ALTERNATIVE
DATA SOLUTIONS, INC.,

    Plaintiffs,

v.                                                                                        Adv. Pro. No.: 14-1793-PGH

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTERS I, LLC,
MICHAEL BRAUSER, and
THE BEST ONE, INC.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alvin S. Goldstein, Esq. and the law firm of Furr and Cohen, P.A., appear as counsel for TLFO, LLC, the Debtor of the above styled case. Request is hereby made pursuant to Bankruptcy Rule 9010(b) that all notices given or required to be given in this case and all pleadings, motions and applications served or required to be served in this case be given to and served upon the undersigned at the address provided.

I HEREBY CERTIFY that a true copy of the foregoing has been served this 4th day of February 2015, as follows:

By Electronic Mail:

- Philip D. Anker philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Robbie T Boone rboone@bergersingerman.com

- Brian K Gart bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Arthur H Rice arice.ecf@rprslaw.com
- Lisa M Schiller lschiller.ecf@rprslaw.com

<u>By U.S. Mail:</u>

Marc M. Allon
7 World Trade Center
250 Greenwich St
New York, NY 10007

            FURR AND COHEN, P.A.
            *Attorneys for Debtor*
            2255 Glades Road, Suite 337W
            Boca Raton, FL 33431
            (561) 395-0500
            (561) 338-7532 fax

By: <u>*/s/Alvin S. Goldstein*</u>
     ALVIN S. GOLDSTEIN, ESQ.
     Florida Bar No. 993621
     E-mail: agoldstein@furrcohen.com