UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re: | Case No. 13-20853 (PGH)
Chapter 11

TLFO, LLC,

    Reorganized Debtor.
_____/

TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,
    Plaintiff,

    v.    Adversary Pro. No. 14-01793 (PGH)

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC, MICHAEL BRAUSER, and THE
BEST ONE, INC.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the *First Amended Complaint for Declaratory Judgment* [ECF No. 21] was served via first class, U.S. Mail on the 9th day of February 2015 upon all parties listed below.

    BERGER SINGERMAN LLP
    *Attorneys for TransUnion Risk and Alternative Data Solutions, Inc.*
    350 E. Las Olas Boulevard, Suite 1000
    Fort Lauderdale, FL 33301
    Telephone: (954) 525-9900
    Facsimile: (954) 523-2872

    By:   */s/ Brian K. Gart*
         Brian K. Gart, Esq.
         Florida Bar No. 381152
         bgart@bergersingerman.com

Mr. Derek Dubner
4056 NW 57th Street
Boca Raton, FL 33496-2732

6202919-1