UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-20853-PGH |
| | Chapter 11 |
| TLFO, LLC, | |
|     Reorganized Debtor. | |
| _____/ | |
| TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., | Adv. Pro. No. 14-01793-PGH |
|     Plaintiff, | |
| v. | |
| INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC, MICHAEL BRAUSER AND THE BEST ONE, INC. | |
|     Defendants. | |
| _____/ | |

**DEFENDANT'S INITIAL DISCLOSURES**

    Pursuant to Fed. R. Civ. P. 26(a)(1)(A), defendant, The Best One, Inc. ("TBO"), hereby provides its initial disclosures:

**1.**     **The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

A. <u>Desiree Asher</u>
c/o Furr & Cohen, P.A.
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
561-395-0500

Ms. Asher is likely to have discoverable information concerning the debtor's actual knowledge that Mr. Poulsen claimed an ownership interest in intellectual property related to this case. Ms.

Asher is also likely to have discoverable information concerning any representations made to TRADS concerning the ownership of the intellectual property, and TRADS' knowledge of such ownership disputes.

B. <u>Michael Brauser</u>
c/o Richard and Richard. P.A.
825 Brickell Bay Drive, Tower III, Ste. 1748
Miami, FL 33131
305-374-6688

Mr. Brauser is likely to have discoverable information concerning TBO's purchase of computer software from Ole Poulsen.

C. <u>Ole Poulsen</u>
18800 Bull Springs Road
Bend, OR 97701

Mr. Poulsen is likely to have discoverable information concerning his creation of computer software that relates to the subject of this case, including the various components of that software, and when and by whom it was developed.  Further, Mr. Poulsen is likely to have discoverable information concerning his sale of computer software to The Best One, Inc. ("TBO").

D. <u>Carly Asher Yoost</u>
c/o Furr & Cohen, P.A.
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
561-395-0500

Ms. Yoost is likely to have discoverable information concerning the debtor's actual knowledge that Mr. Poulsen claimed an ownership interest in intellectual property related to this case.  Ms. Yoost is also likely to have discoverable information concerning any representations made to TRADS concerning the ownership of the intellectual property, and TRADS' knowledge of such ownership disputes.

E. <u>TransUnion Risk and Alternative Data Solutions, Inc.</u>
c/o Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center, 250
Greenwich Street
New York, NY 10007
212-230-8800

TRADS through persons with knowledge of the due diligence prior to acquiring the assets of TLO; and through persons with knowledge of claims by Ole Poulsen as to ownership interests in computer software, and decisions as to what action, if any, to take concerning such claims.

F. <u>TransUnion Corp.</u> ("TransUnion")
c/o Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center, 250
Greenwich Street
New York, NY 10007
212-230-8800

TransUnion through persons with knowledge of the due diligence prior to acquiring the assets of TLO; and through persons with knowledge of claims by Ole Poulsen as to ownership interests in computer software, and decisions as to what action, if any, to take concerning such claims.

G. TLO, LLC n/k/a TLFO, LLC ("TLO")
c/o Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center, 250
Greenwich Street
New York, NY 10007
212-230-8800

TLO through persons with knowledge of the due diligence prior to acquiring the assets of TLO; and through persons with knowledge of claims by Ole Poulsen as to ownership interests in computer software, and decisions as to what action, if any, to take concerning such claims.

2. **A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

- The Amended and Restated Asset Purchase Agreement Dated as of December 12, 2013, including all schedules and exhibits attached thereto. (Doc 610-1, et seq.).

- The Court's Order Approving Sale (Doc. 610).

- Hearing Transcript(s), motion, and orders.

- Intellectual Property Purchase Agreement dated as of October 14, 2014. A copy of this document is located at the offices of TBO.

3. **A computation of each category of damages claimed by the disclosing party.**

At this time, TBO has not asserted any claims seeking damages because it has not yet responded to the Amended Complaint for Declaratory Judgment.

4. **For inspection and copying as under Rule 34, any insurance agreement under which**

**an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

No such insurance agreement exists.

Respectfully submitted,

*Attorneys for Defendants*

| | |
|---|---|
| **RICHARD AND RICHARD, P.A.** | **RICE PUGATCH ROBINSON & SCHILLER, P.A.** |
| 825 Brickell Bay Drive | 101 Northeast Third Avenue, Suite 1800 |
| Tower III, Suite 1748 | Fort Lauderdale, Florida 33301 |
| Miami, FL 33131 | Telephone (305) 379-3121 |
| Telephone: (305) 374-6688 | Facsimile (954) 462-4300 |
| Facsimile: (305) 374-0384 | |
| DENNIS RICHARD | By: /s/ Lisa M. Schiller |
| Florida Bar No: 148730 | ARTHUR HALSEY RICE |
| dennis@richardandrichard.com | Florida Bar No. 224723 |
| LAUREL W. MARC-CHARLES | arice@rprslaw.-com |
| Florida Bar No. 319491 | LISA M. SCHILLER |
| laurel@richardandrichard.com | Florida Bar. No. 984426 |
| MICHAEL R.TOLLEY | lschiller@rprslaw.com |
| Florida Bar No. 002715 | |
| michael@richardandrichard.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the Court's CM/ECF system to all parties listed below this 9th day of February, 2015.

/s/ Lisa M. Schiller<br>LISA M. SCHILLER

## SERVICE LIST

**VIA CM/ECF**

Philip D. Anker on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Robbie T Boone on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
rboone@bergersingerman.com

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com, clamb@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com

Alvin S. Goldstein, Esq on behalf of Debtor TLFO, LLC
rstanley@furrcohen.com, atty_furrcohen@bluestylus.com

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant The Best One, Inc.
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

Lisa M Schiller, Esq on behalf of Defendant The Best One, Inc.
lschiller.ecf@rprslaw.com

j:\wpdocs\5465 tlo (michael brauser-the best one)\pleadings\initial disclosures (00080871xbe012).docx