UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>TLFO, LLC,<br><br>    Reorganized Debtor.<br>_____/<br>TRANSUNION RISK AND<br>ALTERNATIVE DATA SOLUTIONS,<br>INC.,<br>    Plaintiff,<br><br>    v.<br><br>INTERACTIVE DATA, LLC,<br>MARLIN CAPITAL PARTNERS I,<br>LLC, MICHAEL BRAUSER, and<br>THE BEST ONE, INC.,<br><br>    Defendants.<br>_____/ | Case No.  13-20853 (PGH)<br>Chapter 11<br><br><br><br><br><br><br><br><br>Adversary Pro. No. 14-01793 (PGH) |

**PLAINTIFF TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS, INC.'S INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Fed. R. Bankr. P. 7026, and this Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 24], plaintiff Transunion Risk and Alternative Data Solutions, Inc., ("TRADS") makes the following Initial Disclosures to defendant The Best One, Inc. ("TBO," and together with TRADS, the "Parties")).

**INTRODUCTORY STATEMENT**

The following disclosures are made based on the information reasonably available to TRADS as of February 9, 2015.  Defendant has not yet answered the complaint, discovery has not yet begun, and the Court has not yet ruled on any threshold legal issues.  Accordingly, these Initial Disclosures are, by necessity, preliminary.  TRADS reserves the right to clarify, alter, amend, modify or supplement the Initial Disclosures pursuant to Fed. R. Civ. P. 26(e).  TRADS

also reserves all rights to argue that this Adversary Proceeding may be resolved as a matter of law and that no discovery is required.

By making these disclosures, TRADS does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this Adversary Proceeding. Moreover, TRADS's disclosures herein are made without in any way waiving (1) the right to object on the grounds of competency, privilege, relevancy, hearsay, or any other proper ground, to the use of any information, to the introduction of any documents disclosed herein, or to the deposition or trial testimony of any of the individuals or entities listed below, in this Adversary Proceeding or in any other action; or (2) the right to object on any and all proper grounds to any discovery request or proceeding involving or relating to the subject matter of these disclosures, consistent with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

## DISCLOSURES

**I.     Persons With Discoverable Information**

Based upon information reasonably available to TRADS at the present time, TRADS identifies the following as individuals and entities that are likely to have discoverable information that TRADS may use to support its claims, excluding individuals whose testimony would be used for impeachment:

| Name of Witness | Last Known Address | Subject Matter |
| --- | --- | --- |
| TLFO, LLC (formerly known as TLO, LLC, the "Debtor") | C/O Robert C. Furr, Esq., & Alvin S. Goldstein, Esq. Furr & Cohen, P.A. One Boca Place 2255 Glades Road Suite 337 West Boca Raton, FL 33431 (561) 395-0500 | Debtor's assets and the sale of those assets, including BOLT and BParser (the "IP"), to TRADS. |

| Name of Witness | Last Known Address | Subject Matter |
|---|---|---|
| Eliza Desiree Asher | C/O Robert C. Furr, Esq., & Alvin S. Goldstein, Esq. Furr & Cohen, P.A. One Boca Place 2255 Glades Road Suite 337 West Boca Raton, FL 33431 (561) 395-0500 | Debtor's assets and the sale of those assets, including the IP, to TRADS. |
| Caroline Asher Yoost | C/O Robert C. Furr, Esq., & Alvin S. Goldstein, Esq. Furr & Cohen, P.A. One Boca Place 2255 Glades Road Suite 337 West Boca Raton, FL 33431 (561) 395-0500 | Debtor's assets and the sale of those assets, including the IP, to TRADS. |
| Furr & Cohen, P.A. Robert C. Furr, Alvin S. Goldstein. | Furr & Cohen, P.A. One Boca Place 2255 Glades Road Suite 337 West Boca Raton, FL 33431 (561) 395-0500 | The sale of Debtor's assets, including the IP, to TRADS, and any issues regarding service of the sale motion, order, and related papers. |
| TRADS | Contact through undersigned counsel. | The purchase of Debtor's assets, including the IP, from the Debtor. |

The employees, officers, directors and representatives of TBO, including, but not limited to, Michael Brauser, Ole Poulsen, Derek Dubner, Scott Wagner, Daniel MacLachlan, and James Reilly (and/or their counsel or other representatives), are also likely to have discoverable information that TRADS may use to support its claims. Additionally, the companies affiliated with, owned by, owning, controlled by, or controlling TBO, including, but not limited to, Interactive Data, LLC, and Marlin Capital Partners I, LLC, are also likely to have discoverable information that TRADS may use to support its claims.

**II.     Relevant Documents and Tangible Things**

Based upon information reasonably available to TRADS at the present time, TRADS identifies the following categories of documents, data compilations, and tangible things in its possession, custody, or control that TRADS may use to support its claims, unless solely for impeachment.

1. The asset purchase agreement and related transaction documents for the sale of Debtor's assets, including the IP, to TRADS.

2. Court filings and Orders in the following cases and proceedings in the United States Bankruptcy Court for the Southern District of Florida:

    a. *In re TLFO*, Case No. 13-20853 (the "Bankruptcy Case").

    b. Any adversary proceedings related to the Bankruptcy Case.

The documents referenced in category 1 above may be obtained on the docket of the Bankruptcy Case, and/or from the undersigned counsel for TRADS. The documents referenced in category 2 above may be obtained on the docket of the Bankruptcy Case.

**III.    Computation of Damages**

TRADS reserves its right to seek an award of compensatory damages for the recovery of attorneys' fees and costs incurred in enforcing the Court's sale order, which fees and costs will be calculated as this Adversary Proceeding progresses.

**IV.     Insurance Agreements**

TRADS is not aware of any insurance agreements of which it is a beneficiary that would make an insurance business liable to satisfy all or part of a possible judgment in its favor in this Adversary Proceeding.

- 5 -

Dated:  February 9, 2015

    West Palm Beach, Florida

        Respectfully submitted,

        TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.

        /s/ Brian K. Gart
        Brian K. Gart
        BERGER SINGERMAN LLP
        350 East Las Olas Blvd., Suite 1000
        Fort Lauderdale, Florida 33301
        Phone (954) 712-5130
        Fax: (954) 523-2872

        -and-

        Philip D. Anker (admitted *pro hac vice*)
        Douglas F. Curtis
        Marc M. Allon (admitted *pro hac vice*)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, New York 10007
        Phone: (212) 230-8800
        Fax: (212) 230-8888

        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic mail through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, on the 9th day of February 2015.

By: ___/s/ Brian K. Gart___
Brian K. Gart
BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33301
Phone (954) 712-5130
Fax: (954) 523-2872
bgart@bergersingerman.com
Florida Bar No. 381152

**CM/ECF SERVICE LIST**

- Philip D. Anker    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

- Robbie T Boone    rboone@bergersingerman.com

- Brian K Gart    bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

- Alvin S. Goldstein    rstanley@furrcohen.com, atty_furrcohen@bluestylus.com

- Arthur H Rice    arice.ecf@rprslaw.com

- Lisa M Schiller    lschiller.ecf@rprslaw.com