UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No. 13-20853-PGH
                                                            Chapter 11
TLFO, LLC,

       Reorganized Debtor.
_____/
TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,                                                       Adv. Pro. No. 14-01793-PGH

       Plaintiff,

v.

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC, MICHAEL BRAUSER AND
THE BEST ONE, INC.

       Defendants.
_____/

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing re Motion to Dismiss Adversary Proceeding* [ECF No. 43] was furnished via the Court's CM/ECF system to all parties listed on the attached Service List on this 17th day of February, 2015.

       Dated: February 17, 2015.

                          RICE PUGATCH ROBINSON & SCHILLER, P.A.
                          *Attorneys for Defendant, The Best One, Inc.*
                          101 Northeast Third Avenue, Suite 1800
                          Fort Lauderdale, Florida 33301
                          Telephone (954) 462-8000
                          Facsimile (954) 462-4300

                          By: /s/ Lisa M. Schiller
                              ARTHUR HALSEY RICE
                              Florida Bar No. 224723
                              arice@rprslaw.com
                              LISA M. SCHILLER
                              Florida Bar No. 984426
                              lschiller@rprslaw.com

-and-

By: /s/ Dennis Richard
        DENNIS RICHARD
        Florida Bar No:  148730
        dennis@richardandrichard.com
        LAUREL W. MARC-CHARLES
        Florida Bar No.  319491
        laurel@richardandrichard.com
        MICHAEL R.TOLLEY
        Florida Bar No. 002715
        michael@richardandrichard.com
        RICHARD AND RICHARD, P.A.
        *Co-Counsel for The Best One, Inc.*
        825 Brickell Bay Drive
        Tower III, Suite 1748
        Miami, FL  33131
        Telephone:  (305) 374-6688
        Facsimile:  (305) 374-0384


## SERVICE LIST

### VIA CM/ECF

Philip D. Anker on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Robbie T Boone on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
rboone@bergersingerman.com

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Alvin S. Goldstein, Esq on behalf of Interested Party TLFO, LLC
rstanley@furrcohen.com, atty_furrcohen@bluestylus.com

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant The Best One, Inc.
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

Lisa M Schiller, Esq on behalf of Defendant The Best One, Inc.
lschiller.ecf@rprslaw.com

J:\WPDocs\5465 TLO (Michael Brauser-The Best One)\Pleadings\COS re NOH on Motion to Dismiss Adversary Proceeding.docx