United States Bankruptcy Court
Southern District of Florida

TransUnion Risk and Alternative Data Sol,
    Plaintiff

Adv. Proc. No. 14-01793-PGH

Interactive Data, LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: adaml          Page 1 of 1          Date Rcvd: Feb 19, 2015
                              Form ID: CGFD17     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Feb 20 2015 00:47:59     Office of the US Trustee,
    51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2015 at the address(es) listed below:
          Alvin S. Goldstein, Esq   on behalf of Interested Party   TLFO, LLC rstanley@furrcohen.com,
     atty_furrcohen@bluestylus.com
          Arthur H Rice, Esq   on behalf of Defendant    Interactive Data, LLC arice.ecf@rprslaw.com
          Arthur H Rice, Esq   on behalf of Defendant    The Best One, Inc. arice.ecf@rprslaw.com
          Arthur H Rice, Esq   on behalf of Defendant    Marlin Capital Partners I, LLC arice.ecf@rprslaw.com
          Arthur H Rice, Esq   on behalf of Defendant Michael   Brauser arice.ecf@rprslaw.com
          Brian K Gart, Esq.   on behalf of Plaintiff   TransUnion Risk and Alternative Data Solutions,
     Inc. bgart@bergersingerman.com,
     clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
          Lisa M Schiller, Esq   on behalf of Defendant    The Best One, Inc. lschiller.ecf@rprslaw.com
          Philip D. Anker   on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions, Inc.
     philip.anker@wilmerhale.com,   yolande.thompson@wilmerhale.com
          Robbie T Boone    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions, Inc.
     rboone@bergersingerman.com
                                                                                                                                                      TOTAL: 9

Form CGFD17 (10/15/10)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13–20853–PGH         Adversary Number: 14–01793–PGH

In re:

**Name of Debtor(s):** TLFO, LLC

―――――――――――――――――――――――――――――――――/

**TransUnion Risk and Alternative Data Solutions, Inc.**

Plaintiff(s)

**VS.**

**Interactive Data, LLC, Marlin Capital Partners I, LLC, Michael Brauser and The Best One, Inc.**

Defendant(s)

―――――――――――――――――――――――――――――――――/

## NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT OR MOTIONS TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding held on 2/10/15 has been filed on 2/18/2015 by the court reporter in the above captioned matter.

Pursuant to the "Bankruptcy Court Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction", the parties have until **02/25/2015** to file with the court a local form "Notice of Intent to Request Redaction of Transcript." Parties timely filing the local form "Notice of Intent to Request Redaction of Transcript" shall, within 21 days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested.

Parties seeking to review the unredacted transcript filed with the court may either (1) purchase a copy of the transcript from the court reporter: Ouellette and Mauldin Court Reporters, 28 West Flagler St., Suite 808, Miami, Florida 33130, (305) 358–8875; or (2) view a copy of the transcript at no charge in any of the clerk's three divisional offices.

If a "Statement of Personal Data Identifier Redaction Request" is filed, the redacted transcript is due **03/23/2015**.

Absent the filing of a timely motion related to redaction, or further order of the court, the transcript will be made available after **05/19/2015** for remote electronic access and at the clerk's office public terminals for viewing and printing.

**Dated: 2/19/15**                              **CLERK OF COURT**
                                                 By: Lorraine Adam
                                                 Deputy Clerk

The clerk shall serve a copy of this notice on all case participants listed as appearances on the transcript.