UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                            Case No. 13-20853 (PGH)
                                                  Chapter 11
TLFO, LLC,

    Reorganized Debtor.
_____/

TRANSUNION RISK AND ALTERNATIVE
DATA SOLUTIONS, INC.,

    Plaintiff,
v.                                                Adv. No. 14-1793 (PGH)

INTERACTIVE DATA, LLC, MARLIN
CAPITAL PARTNERS I, LLC, and
MICHAEL BRAUSER,

    Defendants.
_____/

**AFFIDAVIT OF PROPOSED VISITING ATTORNEY IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF DOUGLAS CURTIS OF WILMER CUTLER PICKERING HALE AND DORR LLP**

    I, Douglas Curtis of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, am a member in good standing of the bars of the State of New York and the District of Columbia. I am a member in good standing of the bars of the (i) United States District Court for the Eastern District of New York; (ii) United States District Court for the District of Columbia; (iii) United States District Court for the Southern District of New York; (iv) United States Court of Appeals for the Fourth Circuit; (v) United States Appeals Court for the D.C. Circuit; (vi) New York

Supreme Court Appellate Division Third Judicial Department; (vii) United States Court of Appeals for the Second Circuit; (viii) United States Court of Appeals for the Sixth Circuit; (ix) Supreme Court, Appellate Division, 3rd Judicial Department; and (x) Supreme Judicial Court of Massachusetts (inactive), but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this adversary proceeding on behalf of TransUnion Risk and Alternative Data Solutions, Inc. ("Client"). I designate Brian K. Gart, Esq. ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case in the above adversary proceeding on behalf of such Client, and accept service of all papers served in this adversary proceeding, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear *Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this

court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: March 6, 2015.

        WILMER CUTLER PICKERING HALE AND DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        Telephone: (212) 230-8802
        Facsimile: (212) 230-8888

        By: _____
        Douglas Curtis
        New York Bar No. 274347
        douglas.curtis@wilmerhale.com

**STATE OF NEW YORK**

**COUNTY OF NEW YORK**

The foregoing instrument was acknowledged before me on the 6TH day of March, 2015 by Douglas Curtis, who is personally known to me or who has produced NYS DRIVERS LICENSE as identification, and who did/did not take an oath.

_____
NOTARY PUBLIC, State of New York

My Commission Expires:

MARY ANN GAGLIARDI
NOTARY PUBLIC State of New York
No. 01GA4703341
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Aug. 31, 20 17

3