

ORDERED in the Southern District of Florida on March 9, 2015.

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC

   Reorganized Debtor.
_____/

TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,

   Plaintiff,
v.
INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

   Defendants.
_____/

Case No. 13-20853-PGH
Chapter 11

Adversary Pro. No. 14-01793-PGH

## ORDER ADMITTING ATTORNEY PRO HAC VICE

**THIS MATTER** came before the Court without hearing on the *Motion to Appear Pro Hac Vice* [ECF No. 48] (the "Motion"). The Court, having reviewed the Motion and good cause appearing, it is

6262105-1

**ORDERED** that Douglas Curtis ("Visiting Attorney") may appear before this Court *pro hac vice* as counsel for TransUnion Risk and Alternative Data Solutions, Inc. (the "Client") in this adversary proceeding, subject to the local rules of this Court.  Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this Court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this Court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the Court and other counsel may readily communicate and upon whom papers may be served.

Brian K. Gart, Esq.
BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Facsimile:  (954) 523-2872
E-mail:  bgart@bergersingerman.com
Florida Bar No. 381152

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this adversary proceeding on behalf of the Client.  If Local Attorney declines to serve as the local attorney in this adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same, Local Attorney will continue to act as local attorney for the Client in this adversary proceeding.

# # #

2

Submitted by:
Brian K. Gart, Esq.
Berger Singerman LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Tel: (954) 525-9900
Fax: (954) 523-2872
E-mail:  bgart@bergersingerman.com


Copies furnished to:
Douglas Curtis, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8802
Fax (212) 230-8888
E-mail:  Douglas.curtis@wilmerhale.com

Brian K. Gart, Esq.
Berger Singerman LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Tel: (954) 525-9900
Fax: (954) 523-2872
E-mail:  bgart@bergersingerman.com

*(Brian K. Gart, Esq. shall serve a copy of this Order on the United States Trustee, all parties who have filed appearances in this adversary proceeding, and shall file a certificate of service thereof.)*

3

6262105-1