## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                   Case No. 13-20853 (PGH)
                                                         Chapter 11
TLFO, LLC,

    Reorganized Debtor.
_____/

TRANSUNION RISK AND ALTERNATIVE
DATA SOLUTIONS, INC.,

    Plaintiff,
v.                                                       Adv. No. 14-1793 (PGH)

INTERACTIVE DATA, LLC, MARLIN
CAPITAL PARTNERS I, LLC, and
MICHAEL BRAUSER,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the *Order Admitting Attorney Pro Hac Vice* [ECF No. 50] was served on the 9th day of March 2015, by electronic transmission upon all parties on the attached CM/ECF Service List; and upon all parties on the attached Service List by the method indicated thereon.

                                                    BERGER SINGERMAN LLP
                                                    Attorneys for *TransUnion Risk and*
                                                    *Alternative Data Solutions, Inc.*
                                                    350 E. Las Olas Boulevard
                                                    Suite 1000
                                                    Fort Lauderdale, FL 33301
                                                    Telephone: (954) 525-9900
                                                    Facsimile: (954) 523-2872

                                                By:   */s/ Brian K. Gart*
                                                        Brian K. Gart, Esq.
                                                        Florida Bar No. 381152
                                                        bgart@bergersingerman.com

6265125-1

**CM/ECF SERVICE LIST**

- Philip D. Anker     philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Robbie T Boone     rboone@bergersingerman.com
- Brian K Gart     bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Alvin S. Goldstein     rstanley@furrcohen.com, atty_furrcohen@bluestylus.com
- Arthur H Rice     arice.ecf@rprslaw.com
- Lisa M Schiller     lschiller.ecf@rprslaw.com

## SERVICE LIST

**(Via First Class, U.S. Mail)**
Dennis Richard, Esq.
Richard and Richard, P.A.
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL 33131

**(Via First Class, U.S. Mail)**
Office of the U.S. Trustee
51 S.W. First Avenue
Room 1204
Miami, FL 33130

**(Via Electronic Transmission)**
Douglas Curtis, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007