United States Bankruptcy Court
Southern District of Florida

TransUnion Risk and Alternative Data Sol,
    Plaintiff

Adv. Proc. No. 14-01793-PGH

Interactive Data, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: adaml      Page 1 of 1      Date Rcvd: Mar 09, 2015
                             Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Mar 10 2015 00:38:20      Office of the US Trustee,
        51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2015                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2015 at the address(es) listed below:
           Alvin S. Goldstein, Esq    on behalf of Interested Party    TLFO, LLC rstanley@furrcohen.com,
     atty_furrcohen@bluestylus.com
           Arthur H Rice, Esq    on behalf of Defendant    Interactive Data, LLC arice.ecf@rprslaw.com
           Arthur H Rice, Esq    on behalf of Defendant    The Best One, Inc. arice.ecf@rprslaw.com
           Arthur H Rice, Esq    on behalf of Defendant    Marlin Capital Partners I, LLC arice.ecf@rprslaw.com
           Arthur H Rice, Esq    on behalf of Defendant Michael   Brauser arice.ecf@rprslaw.com
           Brian K Gart, Esq.    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions,
     Inc. bgart@bergersingerman.com,
     clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
           Lisa M Schiller, Esq    on behalf of Defendant    The Best One, Inc. lschiller.ecf@rprslaw.com
           Philip D. Anker    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions, Inc.
     philip.anker@wilmerhale.com,    yolande.thompson@wilmerhale.com
           Robbie T Boone    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions, Inc.
     rboone@bergersingerman.com
                                                                                                                     TOTAL: 9



**ORDERED in the Southern District of Florida on March 9, 2015.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TLFO, LLC

    Reorganized Debtor.
_____/
TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,

    Plaintiff,
v.
INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC and MICHAEL BRAUSER,

    Defendants.
_____/

Case No. 13-20853-PGH
Chapter 11

Adversary Pro. No. 14-01793-PGH

## ORDER ADMITTING ATTORNEY PRO HAC VICE

**THIS MATTER** came before the Court without hearing on the *Motion to Appear Pro Hac Vice* [ECF No. 48] (the "Motion"). The Court, having reviewed the Motion and good cause appearing, it is

6262105-1

**ORDERED** that Douglas Curtis ("Visiting Attorney") may appear before this Court *pro hac vice* as counsel for TransUnion Risk and Alternative Data Solutions, Inc. (the "Client") in this adversary proceeding, subject to the local rules of this Court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this Court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this Court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this Court with whom the Court and other counsel may readily communicate and upon whom papers may be served.

Brian K. Gart, Esq.
BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Facsimile:  (954) 523-2872
E-mail:  bgart@bergersingerman.com
Florida Bar No. 381152

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this adversary proceeding on behalf of the Client. If Local Attorney declines to serve as the local attorney in this adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same, Local Attorney will continue to act as local attorney for the Client in this adversary proceeding.

# # #

Submitted by:
Brian K. Gart, Esq.
Berger Singerman LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Tel: (954) 525-9900
Fax: (954) 523-2872
E-mail:  bgart@bergersingerman.com


Copies furnished to:
Douglas Curtis, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8802
Fax (212) 230-8888
E-mail:  Douglas.curtis@wilmerhale.com

Brian K. Gart, Esq.
Berger Singerman LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Tel: (954) 525-9900
Fax: (954) 523-2872
E-mail:  bgart@bergersingerman.com

*(Brian K. Gart, Esq. shall serve a copy of this Order on the United States Trustee, all parties who have filed appearances in this adversary proceeding, and shall file a certificate of service thereof.)*

3

6262105-1