

**ORDERED in the Southern District of Florida on March 12, 2015.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                     Case No. 13-20853-PGH
                                                           Chapter 11
TLFO, LLC,
    Debtor(s).
_____/
TransUnion Risk and Alternative
Data Solutions, Inc.,
    Plaintiff(s),

v.                                                          Adv. Proc. No. 14-1793-PGH

Interactive Data, LLC, Marlin
Capital Partners I, LLC, Michael
Brauser, and The Best One, Inc.,
    Defendant(s).
_____/

### ORDER CONTINUING PRETRIAL CONFERENCE AND CERTAIN DEADLINES

**THIS MATTER** came before the Court for hearing on March 11, 2015, for a pre-trial conference. The Court, being fully advised in the premises and for the

reasons stated on the record at the hearing, hereby **ORDERS AND ADJUDGES** that:

1. The Pretrial Conference in this matter is hereby **CONTINUED** to December 2, 2015, at 9:30 a.m. (the "Continued Pretrial Conference Date") at the United States Bankruptcy Court, 1515 N. Flagler Drive, Courtroom A, 8th Floor, West Palm Beach, Florida 33401.

2. The deadlines set forth in Paragraphs 2 (disclosures), 3 (discovery), 4 (joint pretrial stipulation), 7 (documents required before trial), and 10 (dispositive motions) of this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (the "Deadline Order) (ECF No. 24) shall be calculated based on the Continued Pretrial Conference Date.

3. The deadlines set forth in Paragraphs 1(a) (right to jury trial; waiver) and (1)(b) (objection to entry of final orders and judgments by the bankruptcy court; consent) of the Deadline Order are not extended by this order.

4. All other provisions of the Deadline Order remain in full force and effect to the extent not inconsistent with this order.

###

Copies furnished to:

Brian K Gart, Esq.

*Brian K Gart, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*