```
                          United States Bankruptcy Court
                           Southern District of Florida

TransUnion Risk and Alternative Data Sol,
        Plaintiff                                          Adv. Proc. No. 14-01793-PGH

Interactive Data, LLC,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: adaml              Page 1 of 1              Date Rcvd: Mar 12, 2015
                              Form ID: pdf004          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2015.
  NO NOTICES MAILED.

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Mar 13 2015 00:25:03      Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2015 at the address(es) listed below:
```
              Alvin S. Goldstein, Esq    on behalf of Interested Party    TLFO, LLC rstanley@furrcohen.com,
               atty_furrcohen@bluestylus.com
              Arthur H Rice, Esq    on behalf of Defendant    Interactive Data, LLC arice.ecf@rprslaw.com
              Arthur H Rice, Esq    on behalf of Defendant    The Best One, Inc. arice.ecf@rprslaw.com
              Arthur H Rice, Esq    on behalf of Defendant    Marlin Capital Partners I, LLC arice.ecf@rprslaw.com
              Arthur H Rice, Esq    on behalf of Defendant Michael  Brauser arice.ecf@rprslaw.com
              Brian K Gart, Esq.    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions,
               Inc. bgart@bergersingerman.com,
               clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Lisa M Schiller, Esq    on behalf of Defendant    The Best One, Inc. lschiller.ecf@rprslaw.com
              Philip D. Anker    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions, Inc.
               philip.anker@wilmerhale.com,    yolande.thompson@wilmerhale.com
              Robbie T Boone    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions, Inc.
               rboone@bergersingerman.com
                                                                                              TOTAL: 9
```



**ORDERED in the Southern District of Florida on March 12, 2015.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | Case No. 13-20853-PGH |
| | Chapter 11 |
| **TLFO, LLC,** | |
|       Debtor(s). | |
| _____/ | |
| **TransUnion Risk and Alternative Data Solutions, Inc.,** | |
|       Plaintiff(s), | |
| v. | Adv. Proc. No. 14-1793-PGH |
| **Interactive Data, LLC, Marlin Capital Partners I, LLC, Michael Brauser, and The Best One, Inc.,** | |
|       Defendant(s). | |
| _____/ | |

### ORDER CONTINUING PRETRIAL CONFERENCE AND CERTAIN DEADLINES

**THIS MATTER** came before the Court for hearing on March 11, 2015, for a pre-trial conference. The Court, being fully advised in the premises and for the

reasons stated on the record at the hearing, hereby **ORDERS AND ADJUDGES** that:

1. The Pretrial Conference in this matter is hereby **CONTINUED** to December 2, 2015, at 9:30 a.m. (the "Continued Pretrial Conference Date") at the United States Bankruptcy Court, 1515 N. Flagler Drive, Courtroom A, 8th Floor, West Palm Beach, Florida 33401.

2. The deadlines set forth in Paragraphs 2 (disclosures), 3 (discovery), 4 (joint pretrial stipulation), 7 (documents required before trial), and 10 (dispositive motions) of this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (the "Deadline Order) (ECF No. 24) shall be calculated based on the Continued Pretrial Conference Date.

3. The deadlines set forth in Paragraphs 1(a) (right to jury trial; waiver) and (1)(b) (objection to entry of final orders and judgments by the bankruptcy court; consent) of the Deadline Order are not extended by this order.

4. All other provisions of the Deadline Order remain in full force and effect to the extent not inconsistent with this order.

###

Copies furnished to:

Brian K Gart, Esq.

*Brian K Gart, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*