UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No. 13-20853 (PGH)
                                                                                        Chapter 11
TLFO, LLC,

    Reorganized Debtor.
_____/

TRANSUNION RISK AND
ALTERNATIVE DATA SOLUTIONS,
INC.,
    Plaintiff,

    v.                                                                             Ad. Pro. No. 14-01793 (PGH)

INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I,
LLC, MICHAEL BRAUSER, and
THE BEST ONE, INC.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the *Order Continuing Pretrial Conference and Certain Deadlines* [ECF No. 55], was served on the 12th day of March, 2015 by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

    BERGER SINGERMAN LLP
    Attorneys for Plaintiff
    350 East Las Olas Blvd., Suite 1000
    Fort Lauderdale, Florida 33301
    Phone (954) 712-5130
    Fax: (954) 523-2872

    By:   */s/ Brian K. Gart*
         Brian K. Gart
         Florida Bar No. 381152
         bgart@bergersingerman.com

1

6280224-1

## CM/ECF SERVICE LIST

- Philip D. Anker    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Robbie T Boone    rboone@bergersingerman.com
- Brian K Gart    bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Alvin S. Goldstein    rstanley@furrcohen.com, atty_furrcohen@bluestylus.com
- Arthur H Rice    arice.ecf@rprslaw.com
- Lisa M Schiller    lschiller.ecf@rprslaw.com