UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 13-20853 (PGH) |
| | Chapter 11 |
| TLFO, LLC, | |
|     Reorganized Debtor. | |
| _____/ | |
| TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., | |
|     Plaintiff, | |
| v. | Adversary Pro. No. 14-01793 (PGH) |
| INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC, MICHAEL BRAUSER, and THE BEST ONE, INC., | |
|     Defendants. | |
| _____/ | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS INTERACTIVE DATA, LLC,
MARLIN CAPITAL PARTNERS I, LLC, AND MICHAEL BRAUSER

WHEREAS on October 27, 2014, plaintiff TransUnion Risk and Alternative Data Solutions, Inc. ("Plaintiff" or "TRADS") commenced this adversary proceeding against Interactive Data, LLC, Marlin Capital Partners I, LLC, and Michael Brauser (the "Original Defendants") by filing a complaint [ECF No. 1] (the "Complaint"). The Plaintiff named the Original Defendants in the Complaint because it believed that those were the parties that were asserting ownership to certain intellectual property (the "IP") that TRADS purchased pursuant to the sale order (the "Sale Order") entered by this Court in the Debtor's chapter 11 case, Case No. 13-20853 [ECF No. 610].

WHEREAS, following the filing of the Complaint, counsel to the Original Defendants informed TRADS that The Best One, Inc. ("Defendant" or "TBO"), is the entity that is asserting ownership in the IP and against which Plaintiff should be pursuing this action to enforce the Sale Order.  This was confirmed in court filings.

WHEREAS, on January 13, 2015, Plaintiff filed its first amended complaint [ECF No. 21], naming TBO, and omitting the Original Defendants.

WHEREAS, neither TBO nor the Original Defendants have answered any complaint or filed a motion for summary judgment.

WHEREAS counsel for the Original Defendants has been unwilling to stipulate to the voluntary dismissal of the Original Defendants.

**NOW THEREFORE**, TRADS hereby provides notice of its voluntary dismissal of its claims against the Original Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1i)(A)(i), pursuant to the following terms:

(a) Such dismissal is without prejudice.

(b) TRADS's claims against TBO are not dismissed.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic transmission on the 17th day of March, 2015, through the Court's CM/ECF system

upon all parties on the attached CM/ECF Service List, and via electronic transmission upon all parties listed below.

/s/ Brian K. Gart
Brian K. Gart
BERGER SINGERMAN LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33301
Phone (954) 712-5130
Fax: (954) 523-2872

-and-

Philip D. Anker (admitted *pro hac vice*)
Douglas F. Curtis (admitted *pro hac vice*)
Marc M. Allon (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Phone: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for the Plaintiff*

Luis Salazar, Esq.
Salazar Jackson, LLP
2000 Ponce de Leon Boulevard
Suite PH
Coral Gables, FL 33134-4439
Salazar@salazarjackson.com

3

4

**CM/ECF SERVICE LIST**

- Philip D. Anker    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Robbie T Boone    rboone@bergersingerman.com
- Brian K Gart    bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Alvin S. Goldstein    rstanley@furrcohen.com, atty_furrcohen@bluestylus.com
- Arthur H Rice    arice.ecf@rprslaw.com
- Lisa M Schiller    lschiller.ecf@rprslaw.com