UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-20853 (PGH) |
| | Chapter 11 |
| TLFO, LLC, | |
|     Reorganized Debtor. | |
| _____/ | |
| | |
| TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., | |
|     Plaintiff, | |
|     v. | Ad. Pro. No. 14-01793 (PGH) |
| INTERACTIVE DATA, LLC, MARLIN CAPITAL PARTNERS I, LLC, MICHAEL BRAUSER, and THE BEST ONE, INC., | |
|     Defendants. | |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Amended Order Continuing Pretrial Conference and Certain Deadlines* [ECF No. 58], was served on the 17th day of March, 2015 by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and via first class, U.S. Mail on the 18th day of March, 2015, to all parties on the attached First Class, U.S. Mail Service List.

    BERGER SINGERMAN LLP
    Attorneys for Plaintiff
    350 East Las Olas Blvd., Suite 1000
    Fort Lauderdale, Florida 33301
    Phone (954) 712-5130
    Fax: (954) 523-2872


    By:   */s/ Brian K. Gart*
          Brian K. Gart
          Florida Bar No. 381152
          bgart@bergersingerman.com

1

6284706-1

## CM/ECF SERVICE LIST

- Philip D. Anker    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Robbie T Boone    rboone@bergersingerman.com
- Brian K Gart    bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Alvin S. Goldstein    rstanley@furrcohen.com, atty_furrcohen@bluestylus.com
- Arthur H Rice    arice.ecf@rprslaw.com
- Lisa M Schiller    lschiller.ecf@rprslaw.com

## FIRST CLASS, U.S. MAIL SERVICE LIST

Dennis Richard, Esq.
Richard and Richard, P.A.
825 Brickell Bay Drive
Tower III, Suite 1748
Miami, FL 33131

Marc M. Allon, Esq.
Douglas Curtis, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich St
New York, NY 10007